```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

JERRY C. WISE,                        :
                                      :
    Petitioner.                       :
                                      :
vs.                                   :     CIVIL ACTION 11-0728-KD-M
                                      :
CHERYL PRICE,                         :
                                      :
    Respondent.                       :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and this action DISMISSED. It is further ORDERED that, should Petitioner file a certificate of appealability, it be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this 10th day of May, 2012.

                              s/ Kristi K. DuBose
                              KRISTI K. DuBOSE
                              UNITED STATES DISTRICT JUDGE