IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JERRY C. WISE,                          :
                                        :
        Petitioner.                     :
                                        :
vs.                                     :      CIVIL ACTION 11-0728-KD-M
                                        :
CHERYL PRICE,                           :
                                        :
        Respondent.                     :

JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be

entered in favor of Respondent Cheryl Price and against

Petitioner Jerry C. Wise.

        DONE this 10th day of May, 2012.


                              s/ Kristi K. DuBose
                              KRISTI K. DuBOSE
                              UNITED STATES DISTRICT JUDGE